UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BONNIE KRAHAM,

        Plaintiff,

-vs-                                                 04 Civ. 1684 (SCR)
                                                       ECF Case

JONATHAN LIPPMAN, sued in his
individual and official capacity as Chief               **NOTICE OF MOTION**
Administrative Judge of the State of New York,     **FOR SUMMARY JUDGMENT**
and OFFICE OF COURT ADMINISTRATION,

        Defendants.
-----------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the affidavit of Bonnie Kraham, the annexed exhibits, the memorandum of law, and all prior proceedings had herein, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on December 17, 2004, at 9:30 a.m., or as soon thereafter as counsel may be heard, plaintiff shall move this Honorable Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York,, for an order granting summary judgment on the constitutionality of Standards and Administrative Policies § 36.2(c)(4)(i).

Dated: November 19, 2004

                                                       Respectfully submitted,

                                                       S/_____

                                                       STEPHEN BERGSTEIN (6810)

                                       THORNTON, BERGSTEIN & ULLRICH, LLP
                                                                 15 Railroad Avenue
                                                                Chester, New York 10918
                                                                       (845) 469-1277
                                                                   Counsel for plaintiff

To:    Shawn Kerby, Esq.

Assistant Deputy Counsel
New York State Office of Court Administration
25 Beaver Street
11th Floor
New York, N.Y. 10004